INDEX #: 07 CIV 6852
Date Filed: July 31, 2007
Court Date:

**UNITED STATES DISTRICT COURT**
**COUNTY OF**
**DISTRICT: SOUTHERN DISTRICT OF NEW YORK**

Attorneys: Cozen, O'connor, P.C.   PH: 212-453-3830
Address: 909 3RD AVE, 17TH FLOOR NEW YORK NY 10022   File No.:

*Celia Katz, Administratrix of the Estate of Michael Katz*

*vs*

*Albert A. Munsch, Jr.*

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:

**AFFIDAVIT OF SERVICE**

Elizabeth Bennett, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On August 20, 2007 at 5:56pm, at 135 FINCHVILLE TURNPIKE, P.H., OTISVILLE, NY 10963, deponent served the within Summons and Complaint Jury Trial Demanded

on: Albert A. Munsch, Jr., **Defendant** therein named.

#1 INDIVIDUAL ☐   By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2 ☐   By delivering thereat a true copy of each to _____ personally, deponent knew the person so served to be the _____ of the, and authorized to accept service on behalf of the.

#3 SUITABLE AGE PERSON ☒   By delivering a true copy of each to ALBERT A. MUNSCH, III a person of suitable age and discretion. Said premises is recipient's: [ ] actual place of business [X] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR ☐   By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the ____ day of _____ at _____
on the ____ day of _____ at _____
on the ____ day of _____ at _____
Address confirmed by _____

#5 MAIL COPY ☒   On August 21, 2007, deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York ☐ and Certified Mail # _____

#6 DESCRIPTION ☒ (use with #1, 2 or 3)   A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: Male   Color of skin: White   Color of hair: Brown   Age: 30 - 40 Yrs.   Height: 5' 4" - 5' 8"
Weight: 161 - 200 Lbs.   Other Features: _____

#7 WIT. FEES ☐   the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#8 MILITARYSRVC ☐   Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

#9 USE IN NYC CIVIL COURT ☐   The language required by NYCRR 2900.2 (e), (f) & (h) was set forth on the fact of said summons (es).

#10 OTHER ☐

Sworn to before me on August 21, 2007

WENDY RESNICK
NOTARY PUBLIC, State of New York
No.01RE5067464, Westchester County
Commission Expires Oct.15, 2010

Elizabeth Bennett
Server's Lic #
Invoice/Work Order # 07021000

SPS-401 B'WAY- STE.1201, NY, NY 10013, PH 212-226-3322, FAX 212-431-9485 WWW.SAV-ONPROCESS.COM

INDEX #: 07 CIV 6852
Date Filed: July 31, 2007
Court Date: _____

**UNITED STATES DISTRICT COURT**
**COUNTY OF**
DISTRICT: SOUTHERN DISTRICT OF NEW YORK

Attorneys: Cozen, O'connor, P.C.   PH: 212-453-3830
Address: 909 3RD AVE, 17TH FLOOR  NEW YORK  NY  10022   File No.:

*Celia Katz, Administratrix of the Estate of Michael Katz*

vs

*Albert A. Munsch, Jr.*

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:

**AFFIDAVIT OF SERVICE**

_____Elizabeth Bennett_____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On   August 20, 2007   at   5:56pm  , at   135 FINCHVILLE TURNPIKE, P.H., OTISVILLE, NY 10963  , deponent served the within   Summons and Complaint  Jury Trial Demanded

on:   **Albert A. Munsch, Jr.**   ,   **Defendant**   therein named.

#1 INDIVIDUAL  [ ]   By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

#2  [ ]   By delivering thereat a true copy of each to _____ personally, deponent knew the person so served to be the _____ of the , and authorized to accept service on behalf of the .

#3 SUITABLE AGE PERSON  [X]   By delivering a true copy of each to   ALBERT A. MUNSCH, III   a person of suitable age and discretion. Said premises is recipient's: [ ] actual place of business   [X] dwelling house (usual place of abode) within the state.

#4 AFFIXING TO DOOR  [ ]   By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business   [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
Address confirmed by _____

#5 MAIL COPY  [X]   On   August 21, 2007  , deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York [ ] and Certified Mail # _____

#6 DESCRIPTION  [X]   A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3)  Sex: Male   Color of skin: White   Color of hair: Brown   Age: 30 - 40 Yrs.   Height: 5' 4" - 5' 8"   Weight: 161 - 200 Lbs.   Other Features: _____

#7 WIT. FEES  [ ]   the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

#8 MILITARYSRVC  [ ]   Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

#9 USE IN NYC CIVIL COURT  [ ]   The language required by NYCRR 2900.2 (e), (f) & (h) was set forth on the fact of said summons (es).

#10 OTHER  [ ]

Sworn to before me on   August 21, 2007

WENDY RESNICK
NOTARY PUBLIC, State of New York
No.01RE5067464, Westchester County
Commission Expires Oct.15, 2010

Elizabeth Bennett
Server's Lic #
Invoice/Work Order # 07021000

*SPS-401 B'WAY- STE.1201, NY, NY 10013, PH 212-226-3322, FAX 212-431-9485 WWW.SAV-ONPROCESS.COM*

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

Celia Katz, Administratrix of the
Estate of Michael Katz

V.

Albert A. Munsch, Jr.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

# 07 CIV. 6852

TO: (Name and address of Defendant)
Albert A. Munsch, Jr.
135 Finchville Turnpike
Otisville, NY 10963

**BRIEANT**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christopher C. Fallon, Jr., Esq.
Cozen O'Connor
45 Broadway, 16th Floor
New York, NY 10006

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

JUL 3 1 2007

CLERK                                          DATE

(By) DEPUTY CLERK

✏AO 440 (Rev. 8/01) Summons in a Civil Action

| | RETURN OF SERVICE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE August 20 2007 @ 5:52 PM |
| NAME OF SERVER *(PRINT)* ELIZabETH BENNETT | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/21/07
                   Date

*Signature of Server* Elizabeth Bennett

*Address of Server* Westown, N.Y.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

