

## COZEN
## O'CONNOR

A PROFESSIONAL CORPORATION

1900 MARKET STREET   PHILADELPHIA, PA 19103-3508   215.665.2000   800.523.2900   215.665.2013 FAX   www.cozen.com

April 30, 2008

**VIA FEDERAL EXPRESS**

Christopher C. Fallon, Jr.
Direct Phone  215.665.2036
Direct Fax    215.701.2036
cfallon@cozen.com

Honorable Charles L. Bricant
United States Courthouse
300 Quarropas Street
Room 275
White Plains, NY 10601

Re:   Katz v. Munsch, Jr.
      Civil Action No. 07-CV-6852 (CLR) and
      Katz v. Lanigan, et al
      Civil Action No. 08-CV-4029

Dear Judge Bricant:

    The above-captioned matter has been assigned to Your Honor, and I am pleased to report that counsel for the Defendant, Munsch, and myself, as counsel for the Plaintiff, have agreed to proceed with the trial of this matter before Your Honor's Magistrate Judge. We previously electronically filed our paperwork, but we enclose herewith a courtesy copy for Your Honor's review.

    Incidentally, we have also initiated another action against the healthcare providers at Orange Regional Medical Center where Dr. Katz was taken after his accident, and I assume that that matter will also be assigned to Your Honor. Since that matter was just recently filed, we obviously don't have the consent of defense counsel in the second action to proceed with your Magistrate Judge.

    This matter is scheduled for another pretrial conference in late May, and we wanted to bring these events to Your Honor's attention at the earliest possible date.

PHILADELPHIA\3651488\1  208590.000

Honorable Charles L. Brieant
April 30, 2008
Page 2

---

      Thank you for your continued courtesy in this matter.

Respectfully,

COZEN O'CONNOR

*[signature]*

Christopher C. Fallon, Jr.

CCF/lsc
cc:    John Kondulis, Esquire